UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>FRANCISCO ALBERTO LOPEZ REYES, et al.<br><br>                    Defendants. | **Unsealing Order**<br><br>S3 23 Cr. 501 (JPC)<br>S5 23 Cr. 501 (JPC)<br>S6 23 Cr. 501 (JPC)<br>S7 23 Cr. 501 (JPC)<br>S8 23 Cr. 501 (JPC) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Chelsea Scism;

It is found that the S3, S5, S6, S7, and S8 Superseding Indictments in the above-captioned case are currently sealed and the United States Attorney's Office has applied to have those Superseding Indictments unsealed, and it is therefore:

ORDERED that the S3, S5, S6, S7, and S8 Superseding Indictments in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          September 30, 2024

_____
HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK