

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

January 21, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

  Re: *United States v. Francisco Alberto Lopez Reyes et al.*, S8 23 Cr. 501 (JPC)

Dear Judge Cronan:

  The Government writes respectfully to request a one-week adjournment of the expert disclosure deadline. For trial group one, expert disclosures are due for the Government on January 26, 2026, and for the defense on February 26, 2026. (Dkt. 177). In light of the volume of narcotics seized in the case and the pending death-resulting charge, the Government is planning to notice more than 40 experts, including chemists, toxicologists, and medical examiners, among others. The Government requests that its deadline for expert disclosures be adjourned for one week, until February 2, 2026, and the deadline for defense notices be adjourned a corresponding week, to March 5, 2026. Counsel for the trial group one defendants have confirmed that they do not object to this request.

The request is granted. The Government's expert disclosures for Trial Group One shall be due February 2, 2026, and Defendants' notices shall be due March 5, 2026. The Clerk of Court is respectfully directed to close Docket Number 226.

SO ORDERED.
January 22, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Katherine Cheng
Maggie Lynaugh
Chelsea L. Scism
Adam Sowlati
Assistant United States Attorneys
(212) 637-2492/2105/2438

Cc: All Counsel of Record (ECF)