UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

UNITED STATES OF AMERICA

              -v-

FRANCISCO ALBERTO LOPEZ REYES

            Defendant.
------------------------------------------------X

23 Cr. 501 (JPC)

<u>AMENDED ORDER</u>

JOHN P. CRONAN, United States District Judge:

    Upon the application of Nicole J. Coward, attorney for Francisco Alberto Lopez Reyes:

    IT IS HEREBY ORDERED, that the defendant Francisco Alberto Lopez Reyes a/k/a "Frank," Inmate Number 42043-511, will be permitted to receive non-prison clothing at MDC Brooklyn to wear for his trial which began on April 20, 2026. He is permitted to have the following to wear to Court:

| | | |
|---|---|---|
| 2 suits | 4 undershirts | 4 undergarments |
| 2 sweaters | 4 dress shirts | |
| 2 jackets | 4 pairs of socks | |
| 4 pairs of pants | 2 belts | |
| 3 ties | 2 pairs of shoes | |

    IT IS FURTHER ORDERED, that the United States Marshals Service accept and transport Mr. Lopez Reyes wearing such clothing on April 20, 2026, and for every day of trial.

    IT IS FURTHER ORDERED, that the MDC allow Mr. Lopez Reyes the opportunity to rotate the use of and permit him to use, if any, MDC cleaning services for the clothing from April 20, 2026, until the conclusion of his trial.

Dated: April 29, 2026
       New York, New York

                           SO ORDERED:

                           JOHN P. CRONAN
                           United States District Judge