**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

June 5, 2026

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Francisco Alberto Lopez Reyes and Edward Eustate Jimenez*,
       **S8 23 Cr. 501 (JPC)**

Dear Judge Cronan:

The Government respectfully writes on behalf of the parties to propose a schedule for post-trial motions and sentencing.

Counsel for Francisco Alberto Lopez Reyes and Edward Eustate Jimenez propose a period of approximately 45 days within which to file any post-trial motions, and the Government proposes a period of approximately 30 days within which to respond to those motions.

The parties further request that sentencing proceedings for both Lopez Reyes and Eustate Jimenez be scheduled for the week of October 5, 2026, if the Court's schedule permits.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:___*s/*_____
Katherine Cheng
Maggie Lynaugh
Chelsea L. Scism
Adam Sowlati
Assistant United States Attorneys
(212) 637-2492 / -2105 / -2448 / -2438

cc: Counsel of Record (ECF)

The request is granted. Defendants shall file any post-trial motions by July 20, 2026, and the Government shall respond by August 19, 2026. The sentencing for Lopez Reyes is scheduled for October 13, 2026, at 10:00 a.m. The sentencing for Edward Eustate Jimenez is scheduled for October 15, 2026, at 10:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 317.

SO ORDERED.
June 5, 2026
New York, New York

JOHN P. CRONAN
United States District Judge