**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

August 24, 2026

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

The request is granted. The deadline for responding to the post-trial motions of Francisco Alberto Lopez Reyes and Edward Eustate Jimenez has been extended to September 8, 2026. The Clerk of Court is respectfully directed to close Docket Number 373.
SO ORDERED.
August 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Re: *United States v. Lopez Reyes, et al.*, S8 23 Cr. 501 (JPC)**

Dear Judge Cronan:

The Government writes respectfully to request a one-week extension of the September 1, 2026 deadline for responding to the post-trial motions of defendants Francisco Alberto Lopez Reyes and Edward Eustate Jimenez (ECF Nos. 364 and 365). Counsel for both defendants consent to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: ______________________
Katherine Cheng
Maggie Lynaugh
Chelsea L. Scism
Adam Sowlati
Assistant United States Attorneys
(212) 637-2492 / 2448 / 2105 / 2438

Cc: All Counsel of Record (ECF)